DocuSign Envelope ID: 434D9C11-879F-47D8-A469-F10AAF93E778

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 17-20094-CIV-SCOLA/OTAZO-REYES

ROXANN PAULSON,

    Plaintiff,

vs.

COSMETIC DERMATOLOGY, INC. d/b/a
Dr. Brandt Skincare, and TAMARA MATHA,

    Defendants.

_____/

## REPORT OF MEDIATION

A mediation conference was held on November 13, 2017 for the above referenced matter. Mediator, KAREN EVANS, conducted the proceedings. The parties were present as indicated by their signatures below.

_____ No agreement was reached.

_____ A partial agreement was reached.

\_\_\_\_X\_\_\_\_ A complete agreement was reached.

_____ The mediation was adjourned until _____

_/s/ Roxann Paulson_
Roxann Paulson

_/s/_
Cosmetic Dermatology, Inc.
d/b/a Dr. Brandt Skincare

_/s/_
Tamara Matha

_/s/_
Plaintiff's Counsel

_/s/_
Defendants' Counsel

_/s/ Karen Evans_
KAREN EVANS, ESQUIRE

Monday, November 13, 2017
Date